IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN M. KEAY,

        Plaintiff,                                No. 3:14-cv-01355-SU

        v.                                     ORDER

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

HERNÁNDEZ, District Judge:

      Magistrate Judge Patricia Sullivan issued Findings & Recommendation [34] on June 16, 2015, in which she recommends that this Court grant Defendant's motion for summary judgment [24]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v.

1 – ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [34]. Accordingly, Defendant's motion for summary judgment [24] is granted.

IT IS SO ORDERED.

DATED this 11 day of August, 2015.

*/s/ Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER